FILED: May 2, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1075
(1:15-cv-00006-JPB)

_____

BILLY E. PRINCE, individually and as personal representative for the late JUDITH A. PRINCE

      Plaintiff - Appellant

v.

SEARS HOLDINGS CORPORATION, a Delaware corporation

      Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk